IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. <u>CR-21-40-J</u> |
| | ) | |
| TREVER ALAN BILYEU, | ) | Violations:  18 U.S.C. § 2113(a) and (d) |
| JAYMEE LYNN BOUCHER, and | ) | 18 U.S.C. § 2(a) |
| APRIL LYNNE LANE, | ) | 18 U.S.C. § 3 |
| | ) | |
| Defendants. | ) | |

**FILED**

MAY 18 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

<u>S U P E R S E D I N G   I N D I C T M E N T</u>

The Federal Grand Jury charges:

<u>COUNT 1</u>
**(Bank Robbery)**

On or about January 15, 2021, in Camargo, Oklahoma, in the Western District of Oklahoma,

---------------------------------- **TREVER ALAN BILYEU and**
**JAYMEE LYNN BOUCHER** --------------------------------

knowingly took by force, violence, and intimidation, from the person and in the presence of bank employees, money belonging to and in the care, custody, control, management, and possession of the Bank 7 located at 103 Broadway Street, Camargo, Oklahoma, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), and in committing the offense, **TREVER ALAN BILYEU** did assault and put in jeopardy

the life of another person by the use of a dangerous weapon and device, namely a chemical spray.

All in violation of Title 18, United States Code, Section 2113(a) and (d), and Title 18, United States Code, Section 2(a).

## COUNT 2
**(Accessory After the Fact)**

On or about January 15, 2021, in Camargo, Oklahoma, in the Western District of Oklahoma,

-------------------------------------- **APRIL LYNNE LANE,** ----------------------------------

knowing that an offense against the United States had been committed, to wit, bank robbery, did receive, relieve, comfort, and assist the offender, **TREVER ALAN BILYEU**, in order to hinder and prevent the offender's apprehension, trial, and punishment.

All in violation of Title 18, United States Code, Section 3.

TRUE BILL:

*/s/*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

*/s/*

WILSON D. McGARRY
Assistant United States Attorney

2

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Court

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: CR-21-40-J

Charging Document: **SS Indictment**   No. of Defendants: 3   Total No. of Counts: 2   Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: bk

| Name: TREVER ALAN BILYEU | MAY 1 8 2021 |

| Alias(es): | Address: |
| | FBI No.: |

| DOB: XX/XX/1988 | SSN: XXX-XX-8787 | Race: White | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ☑ Detention Requested   Complaint: Y ☐  N ☑

☐ Type of Bond: _____   Magistrate Judge Case No.: MJ-

☑ In Custody at: Pottawatomie County Jail

Inmate/Prisoner/Register No.: 29701-509   Previously Detained: Y ☐  N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: John P. Cannon   AUSA: Wilson D. McGarry
☐ CJA Panel   Address: 809 East 33rd Street, Edmond, OK 73013   Agent/Agency: FBI
☑ Retained   Phone: (405) 657-2323   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2113(a) and (d); 18 U.S.C. § 2(a) | Bank Robbery; Aiding and Abetting | NMT 25 years imprisonment; $250,000 fine; O/B; NMT 5 yrs. S/R; $100 S/A |

RECEIVED
MAY 1 8 2021
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Wilson D. McGarry   Date: 05/18/2021